## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

**SCOTT HOLTREY**, an individual,

        Plaintiff,

v.

**COLLIER COUNTY BOARD OF COUNTY
COMMISSIONERS,** a political subdivision of the State
of Florida,

        Defendant.

**CIVIL ACTION**

**Case No.  2:16-cv-034**

**Judge: Sheri Polster Chappell**

**Mag. Judge: Carol Mirando**

## PLAINTIFF'S UNOPPOSED MOTION TO ENLARGE CASE MANAGEMENT DEADLINES AND INCORPORATED MEMORANDUM OF LAW

**NOW COMES** the Plaintiff, by and through undersigned counsel, and files this Unopposed Motion to Enlarge Case Management Deadlines and Incorporated Memorandum of Law, and states as follows:

1.      The Plaintiff filed this action on January 20, 2016.

2.      On May 27, 2016, the Court entered the Case Management & Scheduling Order (CMSO). (Doc. 18). Discovery is scheduled to close on December 30, 2016, mediation is scheduled for January 5, 2017 (before Mediator James Nulman, Esq.) and trial is presently scheduled for June 2017.

3.      Pursuant to the Local Rules, Track Two cases such as this are due to be resolved within 24-months from the date of filing. This means that the instant case should be resolved no later than January 2018.

4.      However, on June 17, 2016, the Plaintiff executed a Charge of Discrimination ("Charge") and filed the same with the United States Equal Employment Opportunity Commission (EEOC) on June 20, 2016, which was dual filed with the Florida Commission on Human Relations (FCHR).

5.      The Charge contains allegations of disability discrimination in violation of the Americans with Disabilities Act (ADA) and the Florida Civil Rights Act (FCRA). The factual basis for the Charge is from the same nucleus of operative facts contained in the Amended Complaint.

6.      Because the EEOC must have 180-days to investigate the Charge, the Plaintiff could not request the EEOC issue a Notice of Right to Sue until December 17, 2016. Undersigned counsel has requested the EEOC issue its Notice of Right to Sue but the EEOC has not yet issued it. And because receipt of a Notice of Right to Sue is necessary in order for the Plaintiff to proceed on his ADA/FCRA claims, the filing of a second amended complaint will be necessary.

7.      As such, the Plaintiff respectfully requests that the pending case management deadlines be enlarged by 120-days.[1]

8.      The proposed new deadlines are as follows:

| DEADLINE OR EVENT | AGREED DATE |
| --- | --- |
| **Motions to Add Parties or to Amend Pleadings**<br>[Court recommends 1 - 2 months after CMR meeting] | The earlier of April 28, 2017 or 90-days from receipt of EEOC's Notice of Right to Sue |
| **Discovery Deadline** | April 28, 2017 |

---

[1]      Additional cause exists to extend the Case Management Deadlines. The Defendant filed a Motion to Dismiss (Doc. 19) on June 3, 2016, with the Plaintiff filing a Response in Opposition on June 10, 2016. (Doc. 21). The Court has yet to issue a decision on the Defendant's Motion and thus the Defendant has not even filed its Answer & Affirmative Defenses in this matter.

| DEADLINE OR EVENT | AGREED DATE |
|---|---|
| **Dispositive Motions, *Daubert*, and *Markman* Motions**<br>[Court requires 4 months or more before trial term begins] | June 1, 2017 |
| **Meeting *In Person* to Prepare Joint Final Pretrial Statement**<br>[14 days before Joint Final Pretrial Statement] | August 18, 2017 |
| **Joint Final Pretrial Statement (*Including* a Single Set of Jointly-Proposed Jury Instructions and Verdict Form [a Word or WordPerfect version may be e-mailed to the Chambers mailbox] Voir Dire Questions, Witness Lists, Exhibit Lists with Objections on Approved Form)**<br>[Court recommends 3 weeks before Final Pretrial Conference and no later than 7 days before the Final Pretrial Conference] | September 1, 2017 |
| **All Other Motions Including Motions *In Limine*, Trial Briefs**<br>[Court recommends 3 weeks before Final Pretrial Conference] | September 1, 2017 |
| **Final Pretrial Conference**<br>[Court will set a date that is approximately 3 weeks before trial] | TBD |
| **Trial Term Begins**<br>[Local Rule 3.05 (c)(2)(E) sets goal of trial within 1 year of filing complaint in most Track Two cases, and within 2 years in all Track Two cases; trial term ***must not*** be less than 4 months after dispositive motions deadline (unless filing of such motions is waived); district judge trial terms begin on the first business day of the first full week of each month; trials before magistrate judges will be set on a date certain after consultation with the parties] | October 2017 |
| **Estimated Length of Trial** [trial days] | 3 days |
| **Jury / Non-Jury** | Jury |
| **Mediation**                                        Deadline:<br>                                                        Mediator:<br><br>Address:<br>Telephone:<br>[Absent arbitration, mediation is *mandatory*; Court recommends either 2 - 3 months after CMR meeting, or just after discovery deadline] | January 5, 2017<br>James Nulman, Esq.<br>15880 Summerlin Rd,<br>Fort Myers, FL 33908<br>(239) 433-3539 |
| **All Parties Consent to Proceed Before Magistrate Judge** | Yes____<br>No_X___<br><br>Likely to Agree in Future _____ |

9.      Undersigned counsel conferred with counsel for the Defendant, who confirmed the Defendant does not oppose the relief requested in this Motion.

## MEMORANDUM OF LAW

District Courts have broad discretion in managing their cases (*Chrysler International Corp. v. Chenaly*, 280 F.3d 1358, 1360 (11th Cir. 2002). This is the first extension of these deadlines requested by the parties in the case. The requested extensions are requested before the expiration of the above referenced Case Management Deadlines. Thus, this Motion for Enlargement is governed by Rule 6(b)(1) of the Federal Rules of Civil Procedure. Moreover, this requested enlargement of time is not requested for purposes of delay but instead, so that the Plaintiff's claims may be resolved in one case and tried on the merits.

WHEREFORE the Plaintiff respectfully requests this Court enter an order granting this Motion and awarding all other relief deemed just.

Respectfully submitted,


Dated: December 29, 2016        */s/ Benjamin H. Yormak*
                                Benjamin H. Yormak
                                Florida Bar Number 71272
                                Trial Counsel for Plaintiff
                                Yormak Employment & Disability Law
                                9990 Coconut Road
                                Bonita Springs, Florida 34135
                                Telephone: (239) 985-9691
                                Fax: (239) 288-2534
                                Email: byormak@yormaklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2016, I electronically filed the foregoing (and exhibits) with the Clerk of Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: None.

*/s/ Benjamin H. Yormak*
Benjamin H. Yormak