# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

| | |
|---|---|
| **SCOTT HOLTREY**, an individual,<br><br>              Plaintiff,<br><br>v.<br><br>**COLLIER COUNTY BOARD OF COUNTY COMMISSIONERS,** a political subdivision of the State of Florida,<br><br>              Defendant. | CIVIL ACTION<br><br>Case No.  2:16-cv-034<br><br>Judge: Sheri Polster Chappell<br><br>Mag. Judge: Carol Mirando |

## PLAINTIFF'S NOTICE OF SETTLEMENT

In accordance with M.D. Fla. L.R. 3.08, the Plaintiff, by and through undersigned counsel, notifies this Honorable Court that the Plaintiff's claims in the instant action have been resolved through a settlement between the Plaintiff and Defendant. However, the settlement can only be completed upon approval by the Collier County Board of County Commissioners, and the next regular meeting when settlement of this matter can be voted upon by the Defendant is September 12, 2017. Full and complete performance of the settlement terms is thus expected to be completed within the next seventy-five (75) days. The Plaintiff and Defendant have agreed to file a joint stipulation of dismissal with prejudice upon completion of the settlement terms.

                                          Respectfully submitted,

Dated:  July 3, 2017              **s/ Benjamin H. Yormak**
                                         Benjamin H. Yormak, Esq.
                                         Florida Bar Number 71272
                                         Trial Counsel for Plaintiff
                                         YORMAK EMPLOYMENT & DISABILITY LAW
                                         9990 Coconut Road

Bonita Springs, Florida 34135
Telephone: (239) 985-9691
Fax: (239) 288-2534
Email: byormak@yormaklaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 3, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: None.

**s/ Benjamin H. Yormak**_____
Benjamin H. Yormak, Esq.